711 A.2d 292

IN THE MATTER OF GERALD M. ALSTON,
AN ATTORNEY AT LAW.

June 5, 1998.

## ORDER

The Disciplinary Review Board on April 24, 1998, having filed with the Court its decision concluding that **GERALD M. ALSTON** of **CLAYTON**, who was admitted to the bar of this State in 1989, should be reprimanded for violating *RPC* 5.5(a) (failure to pay the annual assessment to the New Jersey Lawyers' Fund for Client Protection), *Rule* 1:21–1(a) and *RPC* 5.5(a) (failure to maintain a *bona fide* office in New Jersey), and *RPC* 8.1(b) (failure to cooperate with the disciplinary authorities);

And the Disciplinary Review Board having further concluded that respondent should be required to submit proof that he currently maintains a *bona fide* New Jersey office and the attorney accounts and records required by *Rule* 1:21–6;

And good cause appearing;

It is ORDERED that **GERALD M. ALSTON** is hereby reprimanded; and it is further

ORDERED that respondent shall submit forthwith to the Office of Attorney Ethics proof that he maintains a *bona fide* office in New Jersey and that he maintains in the proper manner the attorney accounts and records required by *Rule* 1:21–6; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.